NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAKHMATULLA ASATOV,**
*Petitioner,*

v.

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2013-3020

---

Petition for review of the Merit Systems Protection Board in case no. PH1221120263-W-1.

---

**ON MOTION**

---

**O R D E R**

Rakhmatulla Asatov moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

RAKHMATULLA ASATOV v. ARMY                                             2

FOR THE COURT

/s/ Jan Horbaly

Jan Horbaly
Clerk

s24